UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

ALEJANDRO ESPINOZA                          CASE NO:  1:23-cv-24190-KMM

    Plaintiff,

vs.

WELLINGTON EATS, LLC.

    Defendant,

                                        /

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

       Plaintiff Alejandro Espinoza, through undersigned attorney Diego G. Mendez, pursuant to the Federal Rules Civil Procedure files this Notice of Voluntary Dismissal with Prejudice against Defendant.

                                            Submitted by:

                                            Mendez Law Offices, PLLC
                                            Attorneys for Plaintiff
                                            P.O. BOX 228630
                                            Miami, Florida 33172
                                            Telephone: 305.264.9090
                                            Facsimile: 305.809.8474
                                            Email:info@mendezlawoffices.com
                                            By: _____/s/_____
                                            DIEGO GERMAN MENDEZ, ESQ.
                                            FL BAR NO.: 52748

*###*